No. 84–1360. CITY OF RENTON ET AL. *v.* PLAYTIME THEATRES, INC., ET AL. Appeal from C. A. 9th Cir. Motion of

1014

National League of Cities et al. for leave to file a brief as *amici curiae* granted. Probable jurisdiction noted. 